UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

| Plaintiff / Petitioner:<br>RYAN DIAZ | Case No:<br>2:19-cv-01116-TSZ |
|---|---|
| Defendant / Respondent:<br>NINTENDO OF AMERICA, INC. | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Tue, Jul 23 2019 at 03:10 PM, at the address of 711 Capitol Way S #204, within Olympia, WA, the undersigned duly served the following document(s): Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet in the above entitled action upon Nintendo of America, Inc., by then and there, personally delivering 1 true and correct copy of the above documents into the hands of and leaving same with James Roberts, Representative at CT Corporation, Registered Agent.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date:   July 24th, 2019
       Job No. 3588234

Richard Newland

Halo Messenger Services, LLC
1343 SE 86th Ave
Portland , OR 97216
206-300-9564