THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ,<br><br>        Plaintiff,<br><br>   v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>        Defendant. | No. 2:19-cv-01116-TSZ<br><br>NOTICE OF APPEARANCE ON BEHALF OF NINTENDO OF AMERICA, INC. |

**TO:**    Plaintiff Ryan Diaz and His Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of Defendant Nintendo of America, Inc., by and through the undersigned counsel. Copies of all documents and pleadings related to this litigation, except for original process, must be served on the undersigned counsel.

//
//
//
//
//
//

NOTICE OF APPEARANCE
(No. 2:19-cv-01116-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000

145317120

| | |
|---|---|
| 1 | Dated: August 12, 2019 |
| 2 | s/ David J. Burman |
| | David J. Burman, WSBA No. 10611 |
| 3 | |
| | s/ Eric J. Weiss |
| 4 | Eric J. Weiss, WSBA No. 44807 |
| 5 | |
| | s/ Mallory Gitt Webster |
| 6 | Mallory Gitt Webster, WSBA No. 50025 |

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Email: DBurman@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com

*Attorneys for Defendant*
*Nintendo of America, Inc.*

NOTICE OF APPEARANCE
(No. 2:19-cv-01116-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000

145317120

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on August 12, 2019, I caused to be electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: August 12, 2019

s/ Mallory Gitt Webster
Mallory Gitt Webster, WSBA No. 50025

CERTIFICATE OF SERVICE
(No. 2:19-cv-01116-TSZ) – 1

145317120

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000