UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ,<br><br>         Plaintiff,<br><br>   v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>         Defendant. | NO. 2:19-cv-01116-TSZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

WHEREAS, Plaintiff filed this putative class action on July 19, 2019;

WHEREAS, the parties have met and conferred about the filing of an amended complaint and a potential briefing schedule related thereto;

WHEREAS, it is agreed to by the parties and Ordered by the Court as follows:

1. Plaintiff will file a first amended complaint within 45 days of the entry of this order. Nintendo need not respond to the initial complaint filed on July 19;

2. Nintendo shall have 50 days to respond to Plaintiff's first amended complaint;

3. In the event that Nintendo files a motion directed to Plaintiff's first amended complaint, Plaintiff will have 30 days to file an opposition; and

4. Nintendo may file a reply, if applicable, within 21 days after Plaintiff files an opposition brief.

Dated: August 13, 2019

JOINT STIP. AND [PROPOSED] ORDER
RE BRIEFING SCHEDULE     1
(2:19-cv-01116-TSZ)

**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
TEL. 610.642.8500 • FAX 610.649.3633

**PRESENTED BY:**

By: */s/ Benjamin F. Johns*
Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Alex M. Kashurba (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com
amk@chimicles.com

Kim D. Stephens, WSBA #11984
Jason T. Dennett, WSBA #30686
Kaleigh N.B. Powell, WSBA #52684
**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
Telephone:  206.682.5600/Fax: 206.682.2992
kstephens@tousley.com
jdennett@tousley.com
kpowell@tousley.com

*Counsel for Plaintiff Ryan Diaz*


By: */s/ Eric J. Weiss*
Eric J. Weiss
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-3456
eweiss@perkinscoie.com

*Counsel for Defendant Nintendo of America, Inc.*

Dated this _____ day of August, 2019


_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

JOINT STIP. AND [PROPOSED] ORDER
RE BRIEFING SCHEDULE
(2:19-cv-01116-TSZ)

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Haverford, Pennsylvania, this 13th day of August, 2019.

            */s/ Benjamin F. Johns*
            Benjamin F. Johns

JOINT STIP. AND [PROPOSED] ORDER
RE BRIEFING SCHEDULE
(2:19-cv-01116-TSZ)

3

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, PA  19041
TEL. 610.642.8500 • FAX 610.649.3633