HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ,<br><br>              Plaintiff,<br><br>   v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>              Defendant. | NO. 2:19-cv-01116-TSZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

WHEREAS, Plaintiff filed this putative class action on July 19, 2019;

WHEREAS, the parties have met and conferred about the filing of an amended complaint and a potential briefing schedule related thereto;

WHEREAS, it is agreed to by the parties and Ordered by the Court as follows:

1. Plaintiff will file a first amended complaint within 45 days of the entry of this order. Nintendo need not respond to the initial complaint filed on July 19;

2. Nintendo shall have 50 days to respond to Plaintiff's first amended complaint;

3. In the event that Nintendo files a motion directed to Plaintiff's first amended complaint, Plaintiff will have 30 days to file an opposition; and

4. Nintendo may file a reply, if applicable, within 21 days after Plaintiff files an opposition brief.

JOINT STIP. AND [PROPOSED] ORDER
RE BRIEFING SCHEDULE
(2:19-cv-01116-TSZ)

1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Dated: August 13, 2019

**TOUSLEY BRAIN STEPHENS PLLC**

By: _s/ Kim D. Stephens_
Kim D. Stephens, WSBA #11984
Jason T. Dennett, WSBA #30686
Kaleigh N.B. Powell, WSBA #52684
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600/Fax: 206.682.2992
kstephens@tousley.com
jdennett@tousley.com
kpowell@tousley.com

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Alex M. Kashurba (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com
amk@chimicles.com

*Counsel for Plaintiff Ryan Diaz*

By: _s/ Eric J. Weiss_
Eric J. Weiss
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-3456
eweiss@perkinscoie.com

*Counsel for Defendant Nintendo of America, Inc.*

JOINT STIP. AND [PROPOSED] ORDER
RE BRIEFING SCHEDULE
(2:19-cv-01116-TSZ)

2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Presented by: |
| 2 | **TOUSLEY BRAIN STEPHENS PLLC** |
| 3 | |
| 4 | By: _s/ Kim D. Stephens_<br>Kim D. Stephens, WSBA #11984<br>Jason T. Dennett, WSBA #30686 |
| 5 | Kaleigh N.B. Powell, WSBA #52684<br>1700 Seventh Avenue, Suite 2200 |
| 6 | Seattle, Washington 98101<br>Telephone: 206.682.5600/Fax: 206.682.2992 |
| 7 | kstephens@tousley.com<br>jdennett@tousley.com |
| 8 | kpowell@tousley.com |
| 9 | |
| 10 | Dated this ____ day of August, 2019 |
| 11 | |
| 12 | _____<br>THOMAS S. ZILLY<br>UNITED STATES DISTRICT JUDGE |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

JOINT STIP. AND [PROPOSED] ORDER
RE BRIEFING SCHEDULE
(2:19-cv-01116-TSZ)

3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, WA, this 13th day of August, 2019.

*s/ Kim D. Stephens*
Kim D. Stephens

6639/001/540914.1

JOINT STIP. AND [PROPOSED] ORDER
RE BRIEFING SCHEDULE
(2:19-cv-01116-TSZ)

4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992