UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN DIAZ,

        Plaintiff,

v.

NINTENDO OF AMERICA, INC.,

        Defendant.

NO. 2:19-cv-01116-TSZ

**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**

WHEREAS, Plaintiff filed this putative class action on July 19, 2019;

WHEREAS, the parties have met and conferred about the filing of an amended complaint and a potential briefing schedule related thereto;

WHEREAS, it is agreed to by the parties and Ordered by the Court as follows:

1. Plaintiff will file a first amended complaint within 45 days of the entry of this order. Nintendo need not respond to the initial complaint filed on July 19;

2. Nintendo shall have 50 days to respond to Plaintiff's first amended complaint;

3. In the event that Nintendo files a motion directed to Plaintiff's first amended complaint, Plaintiff will have 30 days to file an opposition; and

4. Nintendo may file a reply, if applicable, within 21 days after Plaintiff files an opposition brief.

JOINT STIP. AND ORDER
RE BRIEFING SCHEDULE
(2:19-cv-01116-TSZ)

1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Dated: August 13, 2019

**TOUSLEY BRAIN STEPHENS PLLC**

By: *s/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984
Jason T. Dennett, WSBA #30686
Kaleigh N.B. Powell, WSBA #52684
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600/Fax: 206.682.2992
kstephens@tousley.com
jdennett@tousley.com
kpowell@tousley.com

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Alex M. Kashurba (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com
amk@chimicles.com

*Counsel for Plaintiff Ryan Diaz*

By: *s/ Eric J. Weiss*
Eric J. Weiss
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-3456
eweiss@perkinscoie.com

*Counsel for Defendant Nintendo of America, Inc.*

JOINT STIP. AND ORDER
RE BRIEFING SCHEDULE
(2:19-cv-01116-TSZ)

2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Presented by:

**TOUSLEY BRAIN STEPHENS PLLC**

By: *s/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984
Jason T. Dennett, WSBA #30686
Kaleigh N.B. Powell, WSBA #52684
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600/Fax: 206.682.2992
kstephens@tousley.com
jdennett@tousley.com
kpowell@tousley.com

Dated this 13th day of August, 2019.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

JOINT STIP. AND ORDER
RE BRIEFING SCHEDULE
(2:19-cv-01116-TSZ)

3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992