HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN DIAZ,

          Plaintiff,

    v.

NINTENDO OF AMERICA, INC.,

          Defendant.

NO. 2:19-cv-01116-TSZ

**DECLARATION OF KIM D. STEPHENS IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL**

I, Kim D. Stephens, declare as follows:

1.    I am a partner in the law firm of Tousley Brain Stephens ("TBS") and counsel for Plaintiff Ryan Diaz ("Plaintiff") in the above-captioned action. I submit this declaration in support of Plaintiff's Motion to Appoint Interim Co-Lead Counsel. I have personal knowledge of the information contained herein, and if called as a witness I could and would testify competently thereto.

2.    On July 19, 2019, Plaintiff filed a Complaint against Defendant Nintendo of America, Inc. ("Nintendo"), on behalf of himself and a proposed class of consumers who purchased the Nintendo Switch gaming system ("Switch") and Joy-Con gaming controllers. ECF No. 1.  The Complaint alleges that the Joy-Cons suffer from a common defect that causes

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL
(2:19-cv-01116-TSZ) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 ● FAX 206.682.2992

a phenomenon known as "drift" which causes characters or action on the game screen to move

in a direction without command by the gamer or engagement of the Joy-Con (the "Drift

Defect"). The Complaint alleges that the Drift Defect renders the Switch difficult to operate,

non-responsive, and otherwise unsuitable for gameplay. *Id.*

3.      I am admitted to practice in Washington and Oregon and a number of federal

courts across the country, including the Western District of Washington. I am in good standing

in every court in which I have been admitted to practice.

4.      Below are a number of class actions in which I have played a significant role in

prosecuting over the course of my legal career. A more detailed biography is attached hereto as

Exhibit A.

- *In re Premera Blue Cross Custody Data Security Breach Litigation*, No. 15-md-2633 (D. Or.): Lead counsel in a multidistrict litigation over Premera Blue Cross's 2015 data breach; the Court recently granted preliminary approval of a $32 million settlement to resolve;

- *Armon v. Washington State Univ.*, No. 17-2-23244-1 SEA (Wash. Super. Ct.): Co-lead counsel in data breach case involving stolen hard drive containing personal information of over one million individuals; preliminary approval granted of $5.26 million settlement plus injunctive relief;

- *Cole v. Wells Fargo Bank, N.A.*, No. C07-0916 (W.D. Wash.): Appointed lead counsel for national class of consumers overcharged banking fees by Wells Fargo. The case resolved when the bank agreed to reimburse its customers all overcharges and pay fees and costs;

- *Grays Harbor Adventist Christian School et al. v. Carrier Corp.*, No. 05-05437 (W.D. Wash.): As co-lead counsel, represented a national class who alleged Carrier Corporation sold defective high efficiency furnaces. The case settled when Carrier agreed to provide an enhanced 20-year warranty for consumers whose furnaces had not failed, and reimburse consumers who had already repaired their furnaces. Three million consumers were covered under the settlement, which was valued at over $300 million;

- *Clemans v. New Werner Co.*, No. 12-cv-05186 (W.D. Wash.): co-lead counsel for a national class of consumers who purchased Werner "Easy Access Attic Ladders" with allegedly defective hinges; the case settled for relief valued in

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL
(2:19-cv-01116-TSZ) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1    excess of $48 million, entitling each class member to a free replacement ladder.

2        5.      My law firm, TBS, has extensive experience in class action litigation. We have

3    prosecuted numerous multimillion dollar class actions on behalf of both individuals and

4    businesses. Attached hereto as Exhibit B is a copy of TBS's firm resume.

5        6.      TBS maintains its office in Seattle, Washington. TBS has the resources

6    necessary to effectively prosecute this case on behalf of Plaintiff and putative Class members.

7    If I am appointed to a leadership position, my firm could and would devote the necessary

8    resources to do so.

9        7.      I am confident in that my firm and our co-counsel—also proposed interim co-

10   lead counsel—can work together cooperatively and efficiently as co-lead counsel on behalf of

11   Plaintiff and the putative Class.

12       I declare under penalty of perjury of the laws of the United States that the foregoing is

13   true and correct.

14       Executed this 20th day of August, 2019. at Seattle, Washington.

15

16                                          *s/Kim D. Stephens*
                                            KIM D. STEPHENS
17

18

19

20

21

22

23

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL
(2:19-cv-01116-TSZ) - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 20th day of August, 2019.

*s/ Kim D. Stephens*
Kim D. Stephens

6639/001/540902.1

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL
(2:19-cv-01116-TSZ) - 4

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 ● FAX 206.682.2992