THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ,<br><br>          Plaintiff,<br><br>   v.<br><br>NINTENDO OF AMERICA INC.,<br><br>          Defendant. | No. 2:19-cv-01116-TSZ<br><br>RESPONSE TO MOTION TO APPOINT INTERIM CO-LEAD COUNSEL<br><br><br>NOTE ON MOTION CALENDAR:<br>September 6, 2019 |

      Defendant Nintendo of America Inc. takes no position with respect to Plaintiff Ryan Diaz's Motion to Appoint Interim Co-Lead Counsel. Mot., ECF No. 15 (Aug. 20, 2019). Nintendo intends to move to compel arbitration pursuant to the terms of the End User License Agreement to which Mr. Diaz agreed, and proceeding in arbitration will, in any event, moot the need to appoint counsel.

//
//
//
//
//
//

RESPONSE TO MOTION TO APPOINT
(No. 2:19-cv-01116-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000

| | | |
|---|---|---|
| 1 | Dated: September 3, 2019 | s/ Eric J. Weiss |

David J. Burman, WSBA No. 10611
Eric J. Weiss, WSBA No. 44807
Mallory Gitt Webster, WSBA No. 50025
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Email: DBurman@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com

*Attorneys for Defendant*
*Nintendo of America Inc.*

RESPONSE TO MOTION TO APPOINT
(No. 2:19-cv-01116-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on September 3, 2019, I caused to be electronically filed the foregoing Response to Motion to Appoint Interim Co-Lead Counsel with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: September 3, 2019

s/ Mallory Gitt Webster
Mallory Gitt Webster, WSBA No. 50025

CERTIFICATE OF SERVICE
(No. 2:19-cv-01116-TSZ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000