THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO OF AMERICA INC., <br><br> Defendant. | No. 2:19-cv-01116-TSZ <br><br> [PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION AND DISMISS <br><br> NOTE ON MOTION CALENDAR: December 23, 2019 |

This matter comes before the Court on Nintendo of America Inc.'s ("Nintendo") Motion to Compel Arbitration and Dismiss ("Motion"). *See* ECF No. 24 (Nov. 1, 2019). The Court, having thoroughly considered the parties' briefing, the applicable law, and the relevant portions of the record, GRANTS the Motion for the reasons set forth therein.

Because Plaintiffs must arbitrate the claims they assert in this action, the Court further ORDERS that this action is DISMISSED with prejudice.

DATED this _____ day of _____, 2019.

Honorable Thomas S. Zilly
United States District Judge

[PROPOSED] ORDER GRANTING MOTION
TO COMPEL ARBITRATION AND DISMISS
(No. 2:19-cv-01116-TSZ) – 1
146148667

Presented by:

s/ Eric J. Weiss
David J. Burman, WSBA No. 10611
Eric J. Weiss, WSBA No. 44807
Mallory Gitt Webster, WSBA No. 50025
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Fax: 206.359.9000
Email: DBurman@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com

*Attorneys for Nintendo of America Inc.*

[PROPOSED] ORDER GRANTING MOTION
TO COMPEL ARBITRATION AND DISMISS
(No. 2:19-cv-01116-TSZ) – 2
146148667