THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>NINTENDO OF AMERICA INC.,<br><br>        Defendant. | No. 2:19-cv-01116-TSZ<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXTEND INITIAL SCHEDULING DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>November 22, 2019 |

This matter comes before the Court on Nintendo of America Inc.'s ("Nintendo") Motion to Extend Initial Scheduling Deadlines ("Motion"). *See* ECF No. 26 (Nov. 14, 2019). The Court, having thoroughly considered the parties' briefing, the applicable law, and the relevant portions of the record, GRANTS the Motion for the reasons set forth therein.

The Court ORDERS that if it does not grant Nintendo's pending motion to compel arbitration, ECF No. 24 (Nov. 1, 2019), the parties must conduct their Rule 26(f) conference no later than 14 days after the Court's ruling on the Motion to Compel Arbitration and must exchange their initial disclosures and file their joint status report no later than 14 days after their Rule 26(f) conference.

//

//

//

1  DATED this _____ day of _____, 2019.

 

Honorable Thomas S. Zilly
United States District Judge

[PROPOSED] ORDER GRANTING MOTION
TO EXTEND INITIAL SCHEDULING
DEADLINES (No. 2:19-cv-01116-TSZ) – 2

146304017

1  Presented by:

2  s/ Eric J. Weiss
David J. Burman, WSBA No. 10611
3  Eric J. Weiss, WSBA No. 44807
Mallory Gitt Webster, WSBA No. 50025
4  **Perkins Coie LLP**
1201 Third Avenue, Suite 4900
5  Seattle, WA 98101-3099
Telephone: 206.359.8000
6  Fax: 206.359.9000
Email: DBurman@perkinscoie.com
7  Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
8
*Attorneys for Nintendo of America Inc.*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING MOTION
TO EXTEND INITIAL SCHEDULING
DEADLINES (No. 2:19-cv-01116-TSZ) – 3

146304017