THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ, et al., | No. 2:19-cv-01116-TSZ |
| Plaintiffs, | DECLARATION OF ERIC J. WEISS IN SUPPORT OF MOTION TO EXTEND INITIAL SCHEDULING DEADLINES |
| v. | |
| NINTENDO OF AMERICA INC., | |
| Defendant. | |

I, Eric J. Weiss, declare as follows:

1.      I am an attorney with Perkins Coie LLP, and we represent Nintendo of America Inc. ("Nintendo") in this action. I am admitted to practice law in the states of Washington, Wisconsin, and Illinois and am admitted to this Court. I make this Declaration in support of Nintendo's Motion to Extend Initial Scheduling Deadlines. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration based on my personal knowledge.

2.      On September 9, 2019, Mr. Diaz sent Nintendo "early" requests for production, which requests are deemed served as of the date of the parties' first Rule 26(f) conference and then require responses within 30 days. The requests seek documents related to the merits of Plaintiffs' claims.

3.      The day after Mr. Diaz sent the early requests, the parties agreed to request that

146303982

the Court extend the initial scheduling deadlines it originally set on July 30. I also informed Mr. Diaz's counsel that Nintendo viewed the early requests for production as premature in light of Nintendo's intent to move to compel arbitration.

4.     On November 8, Plaintiffs contacted Nintendo to schedule a Rule 26(f) conference, despite the pending Motion to Compel Arbitration.

5.     Because Nintendo does not intend to engage in any litigation activity that could undermine its right to arbitrate Plaintiffs' claims and because discovery is premature before the Court rules on the pending arbitration motion, Nintendo sought Plaintiffs' stipulation to a further extension of the deadlines until after the Court's ruling. Plaintiffs declined to so stipulate.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of November, 2019, at Seattle, Washington.




By: _____
      Eric J. Weiss

146303982