THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>NINTENDO OF AMERICA INC.,<br><br>          Defendant. | No. 2:19-cv-01116-TSZ<br><br>SECOND DECLARATION OF ERIC J. WEISS IN SUPPORT OF MOTION TO EXTEND INITIAL SCHEDULING DEADLINES |

I, Eric J. Weiss, declare as follows:

    1.    I am an attorney with Perkins Coie LLP, and we represent Nintendo of America Inc. ("Nintendo") in this action. I am admitted to practice law in the states of Washington, Wisconsin, and Illinois and am admitted to this Court. I make this Declaration in support of Nintendo's Motion to Extend Initial Scheduling Deadlines. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration based on my personal knowledge

    2.    On September 9, 2019, Plaintiff Ryan Diaz, via counsel, sent Nintendo "early" requests for production, which requests are deemed served as of the date of the parties' first Rule 26(f) conference and then require responses within 30 days. The requests seek documents related to the merits of Plaintiffs' claims.

146435090

3. Attached as **Exhibit A** to this Declaration is a true and correct copy of the early requests.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of November, 2019, at Seattle, Washington.

By: _____
Eric J. Weiss

146435090