1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN DIAZ, et al.,

                    Plaintiffs,

          v.

NINTENDO OF AMERICA INC.,

                    Defendant.

No. 2:19-cv-01116-TSZ

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Nintendo of America Inc. ("Nintendo") provides the following corporate disclosures: Nintendo is a wholly owned subsidiary of its parent corporation, Nintendo Co. Ltd. ("NCL"). NCL's stock is publicly traded in Japan. There is no other publicly held corporation that owns 10% or more of Nintendo's stock.

//

//

//

//

//

//

//

CORPORATE DISCLOSURE STATEMENT
(No. 2:19-cv-01116-TSZ)

146469532

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

Dated: November 26, 2019

2

By:   s/ Eric J. Weiss

3

David J. Burman, WSBA No. 10611
Eric J. Weiss, WSBA No. 44807

4

Mallory Gitt Webster, WSBA No. 50025

5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900

6

Seattle, WA 98101-3099
Telephone: 206.359.8000

7

Fax: 206.359.9000
Email: DBurman@perkinscoie.com

8

Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com

9

10

*Attorneys for Nintendo of America Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CORPORATE DISCLOSURE STATEMENT
(No. 2:19-cv-01116-TSZ) – 1

146469532

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on November 26, 2019, I caused to be electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: November 26, 2019

s/ Mallory Gitt Webster
Mallory Gitt Webster, WSBA No. 50025

CERTIFICATE OF SERVICE – 1

146469532

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000