HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ, JARED THOMPSON, ARIEL ENRIQUEZ, PAUL BARR, JOHN RIOS, DAVID GUY, LISANDRO LIZARDO, CHRIS LUEBCKE, ROBERT FOUCHA, NICHOLAS YOCHHEIM, ALEC COLLINS, ZACKERY REED, GRANT HOELSCHER, MICHAEL OREN, NATHAN AIMSWORTH, JASON COFFEY-WOLFGANG, ERIC WILSON, LYDIA DELOACH,<br><br>         Plaintiffs,<br><br>    v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>         Defendant. | NO. 2:19-cv-01116-TSZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION** |

**[PROPOSED] ORDER**

The Court hereby GRANTS Plaintiffs' Motion to Extend Deadline for Plaintiffs to File Motion for Class Certification. The parties are directed to propose a class certification briefing schedule by stipulation within 15 days following the decision by the Court on Nintendo's pending Motion to Compel Arbitration and Dismiss.

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO
FILE MOTION FOR CLASS CERTIFICATION (2:19-cv-
01116-TSZ) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  IT IS SO ORDERED this _____ day of _____, 2019.

                                                  _____
The Honorable Thomas S. Zilly
United States District Judge

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984
Jason T. Dennett, WSBA #30686
Kaleigh N.B. Powell, WSBA #52684
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600/Fax: 206.682.2992
Email: kstephens@tousley.com
       jdennett@tousley.com
       kpowell@tousley.com

Benjamin F. Johns (admitted *pro hac vice*)
Andrew W. Ferich (admitted *pro hac vice*)
Alex M. Kashurba (admitted *pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Email: bfj@chimicles.com
awf@chimicles.com
amk@chimicles.com

*Interim Co-Lead Counsel for Plaintiffs*

6639/001/545898.1

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO
FILE MOTION FOR CLASS CERTIFICATION (2:19-cv-
01116-TSZ) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992