UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN DIAZ, et al.,

                    Plaintiffs,

                                                    C19-1116 TSZ

          v.

                                                    MINUTE ORDER

NINTENDO OF AMERICA INC,

                    Defendant.

     The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

     (1)     The Court GRANTS Defendant's Motion to Extend Initial Scheduling
             Deadlines, docket no. 26, until further order of the Court.

     (2)     The Court GRANTS Plaintiff's Unopposed Motion for Extension of
             Deadline to File Motion for Class Certification, docket no. 33, until further
             order of the Court.

     (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

     Dated this 6th day of December, 2019.


                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk