THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NINTENDO OF AMERICA INC.,<br><br>    Defendant. | No. 2:19-cv-01116-TSZ<br><br>JOINT STATUS REPORT |

On March 2, 2020, the Court granted Defendant Nintendo of America Inc.'s Motion to Compel Arbitration. ECF No. 36 (Mar. 2, 2020). The Court also stayed this action pending the outcome of any arbitration and ordered the parties to file a joint status report within 14 days of the completion of arbitration or by December 31, 2020, whichever occurred earlier. *Id.* at 3.

Since the Court's Order, some of the Plaintiffs have initiated individual arbitrations, which remain pending. The parties will file with the Court a joint status report within 14 days of the completion of the arbitrations.

//
//
//
//

JOINT STATUS REPORT
(No. 2:19-cv-01116-TSZ) – 1

150513564

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 23, 2020 | By: s/ Eric J. Weiss |
| 3 | | David J. Burman, WSBA No. 10611 |
| | | Eric J. Weiss, WSBA No. 44807 |
| 4 | | Mallory Gitt Webster, WSBA No. 50025 |
| | | **Perkins Coie LLP** |
| 5 | | 1201 Third Avenue, Suite 4900 |
| 6 | | Seattle, WA 98101-3099 |
| | | Telephone: 206.359.8000 |
| 7 | | Fax: 206.359.9000 |
| | | Email: DBurman@perkinscoie.com |
| 8 | | Email: EWeiss@perkinscoie.com |
| 9 | | Email: MWebster@perkinscoie.com |
| 10 | | *Attorneys for Nintendo of America Inc.* |
| 11 | Dated: December 23, 2020 | By: s/ Benjamin F. Johns (with permission) |
| 12 | | Benjamin F. Johns (*pro hac vice*) |
| | | Andrew W. Ferich (*pro hac vice*) |
| 13 | | Alex M. Kashurba (*pro hac vice*) |
| 14 | | **Chimicles Schwartz Kriner &** |
| | | **Donaldson-Smith LLP** |
| 15 | | 361 W. Lancaster Avenue |
| | | Haverford, Pennsylvania 19041 |
| 16 | | Telephone: 610.642.8500 |
| 17 | | Email: bfj@chimicles.com |
| | | Email: awf@chimicles.com |
| 18 | | Email: amk@chimicles.com |
| 19 | | Kim D. Stephesn, WSBA No. 11984 |
| | | Jason T. Dennett, WSBA No. 30686 |
| 20 | | Kaleigh N.B. Powell, WSBA No. 52684 |
| 21 | | **Tousley Brain Stephens PLLC** |
| | | 1700 Seventh Avenue, Suite 2200 |
| 22 | | Seattle, Washington 98101 |
| | | Telephone: 206.682.5600 |
| 23 | | Fax: 206.682.2992 |
| | | Email: kstephens@tousley.com |
| 24 | | Email: jdennet@tousley.com |
| | | Email: kpowell@tousley.com |
| 25 | | |
| 26 | | *Attorneys for Plaintiffs* |

JOINT STATUS REPORT
(No. 2:19-cv-01116-TSZ) – 2

150513564

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000