THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ, et al., | No. 2:19-cv-01116-TSZ |
| Plaintiffs, | |
| v. | JOINT STATUS REPORT |
| NINTENDO OF AMERICA INC., | |
| Defendant. | |

On March 2, 2020, the Court granted Defendant Nintendo of America Inc.'s Motion to Compel Arbitration. ECF No. 36 (Mar. 2, 2020). The Court also stayed this action pending the outcome of any arbitration and ordered the parties to file a joint status report within 14 days of the completion of arbitration or by December 31, 2020. *Id.* at 3. In response to the joint status report the parties filed on December 23, 2020, the Court ordered the parties to file another joint status report within 14 days of the completion of arbitration or by July 1, 2021, whichever occurred earlier. *See* Dkt. (Dec. 29, 2020).

Since the Court's March 2, 2020, Order, some of the Plaintiffs have initiated individual arbitrations, which remain pending. The parties will file with the Court a joint status report within 14 days of the completion of the arbitrations.

//

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2   Dated: June 30, 2021                          By:   s/ Benjamin F. Johns (with permission)

3                                                      Benjamin F. Johns (*pro hac vice*)
                                                       Samantha E. Holbrook (*pro hac vice*)
4                                                      Alex M. Kashurba (*pro hac vice*)
                                                       **Chimicles Schwartz Kriner &**
5                                                      **Donaldson-Smith LLP**
                                                       361 W. Lancaster Avenue
6                                                      Haverford, Pennsylvania 19041
                                                       Telephone: 610.642.8500
7                                                      Email: bfj@chimicles.com
                                                       Email: seh@chimicles.com
8                                                      Email: amk@chimicles.com

9
                                                       Kim D. Stephens, WSBA No. 11984
10                                                     Jason T. Dennett, WSBA No. 30686
                                                       Kaleigh N.B. Powell, WSBA No. 52684
11                                                     **Tousley Brain Stephens PLLC**
                                                       1700 Seventh Avenue, Suite 2200
12                                                     Seattle, Washington 98101
                                                       Telephone: 206.682.5600
13                                                     Fax: 206.682.2992
                                                       Email: kstephens@tousley.com
14                                                     Email: jdennet@tousley.com
                                                       Email: kpowell@tousley.com
15

16
                                                   *Attorneys for Plaintiffs*
17

18  Dated: June 30, 2021                          By:   s/ Eric J. Weiss

19                                                     David J. Burman, WSBA No. 10611
                                                       Eric J. Weiss, WSBA No. 44807
20                                                     Mallory Gitt Webster, WSBA No. 50025
                                                       **Perkins Coie LLP**
21                                                     1201 Third Avenue, Suite 4900
                                                       Seattle, WA 98101-3099
22                                                     Telephone: 206.359.8000
                                                       Fax: 206.359.9000
23                                                     Email: DBurman@perkinscoie.com
                                                       Email: EWeiss@perkinscoie.com
24                                                     Email: MWebster@perkinscoie.com

25
                                                   *Attorneys for Nintendo of America Inc.*
26

JOINT STATUS REPORT
(No. 2:19-cv-01116-TSZ) – 2

152862705