HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>      Defendant. | NO. 2:19-cv-01116-TSZ<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

In accordance with Local Civil Rule 83.2(b)(3), notice is hereby provided that, Andrew W. Ferich is no longer employed at Chimicles Schwartz Kriner & Donaldson-Smith LLP, and his appearance as counsel in this matter is hereby withdrawn. Plaintiffs will continue to be represented by the other attorneys at Chimicles Schwartz Kriner & Donaldson-Smith LLP who have been admitted *pro hac vice* in this case.

Respectfully submitted,

Date: July 7, 2021

By: */s/ Kim D. Stephens*
    Kim D. Stephens, WSBA #11984
    Jason T. Dennett, WSBA #30686
    Kaleigh N.B. Powell, WSBA #52684

NOTICE OF WITHDRAWAL OF COUNSEL
(2:19-cv-01116-TSZ)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600/Fax: 206.682.2992
Email:   kstephens@tousley.com
          jdennett@tousley.com
          kpowell@tousley.com


Benjamin F. Johns (admitted *pro hac vice*)
Samantha E. Holbrook (admitted *pro hac vice*)
Alex M. Kashurba (admitted *pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Email:   bfj@chimicles.com
          seh@chimicles.com
          amk@chimicles.com


*Counsel for Plaintiffs*

NOTICE OF WITHDRAWAL OF COUNSEL
(2:19-cv-01116-TSZ)

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 7th day of July, 2021.

*/s/ Kim D. Stephens*
Kim D. Stephens

NOTICE OF WITHDRAWAL OF COUNSEL
(2:19-cv-01116-TSZ)