THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN DIAZ,

                    Plaintiff,

        v.

NINTENDO OF AMERICA INC.,

                    Defendant.

No. 2:19-cv-01116-TSZ

NOTICE OF APPEARANCE

TO:    All Parties and Their Counsel of Record

        PLEASE TAKE NOTICE of the appearance in this action of Defendant Nintendo of
America Inc., by and through the undersigned counsel. Copies of all documents and pleadings
related to this litigation, except for original process, are to be served on the undersigned
counsel.

//

//

//

//

//

NOTICE OF APPEARANCE
(No. 2:19-cv-01116-TSZ) – 1

153027629

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone:  206.359.8000
Fax:  206.359.9000

1   Dated: August 13, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*s/ Cara V. Wallace*
Cara V. Wallace, WSBA No. 50111

*s/ David T. Martin*
David T. Martin, WSBA No. 50160

*s/ Madeline D. Swan*
Madeline D. Swan, WSBA No. 56355

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Email: DMartin@perkinscoie.com
Email: CWallace@perkinscoie.com
Email: MSwan@perkinscoie.com

*Attorneys for Defendant*
*Nintendo of America Inc.*

NOTICE OF APPEARANCE
(No. 2:19-cv-01116-TSZ) – 2

153027629