THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN DIAZ et al., <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO OF AMERICA INC., <br><br> Defendant. | No. 2:19-cv-01116-TSZ <br><br> **JOINT STATUS REPORT** |

The Court previously granted Defendant Nintendo of America Inc.'s Motion to Compel Arbitration and stayed this action pending the outcome of arbitration. ECF 36. In response to a joint status report the parties filed on December 30, 2021, the Court ordered the parties to file a joint status report within 14 days of the completion of arbitration or by July 1, 2022, whichever occurred earlier. *See* ECF (Jan. 4, 2022).

Some of the Plaintiffs have initiated individual arbitrations with the American Arbitration Association ("AAA"), and those arbitrations remain pending. The arbitrations are proceeding pursuant to the AAA's schedule and the parties' needs. The parties are satisfied with the progress of the arbitrations and with the parties' cooperation to date. Unless the Court orders otherwise, the parties will file a joint status report upon the completion of arbitration or by December 31, 2022, whichever occurs earlier.

JOINT STATUS REPORT
(No. 2:19-cv-01116-TSZ) – 1

157269465

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Dated: July 1, 2022

By: s/ *Eric J. Weiss*

David J. Burman, WSBA No. 10611
Eric J. Weiss, WSBA No. 44807
Mallory Gitt Webster, WSBA No. 50025
Cara Wallace, WSBA No. 50111
Madeline D. Swan, WSBA No. 56355

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000
Email: DBurman@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Email: CWallace@perkinscoie.com
Email: MSwan@perkinscoie.com

*Attorneys for Nintendo of America Inc.*

JOINT STATUS REPORT
(No. 2:19-cv-01116-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

By:   s/ *Benjamin F. Johns (with permission)*

Kim D. Stephens, WSBA No. 11984
Jason T. Dennett, WSBA No. 30686
Kaleigh N.B. Powell, WSBA No. 52684

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Phone: 206.682.5600
Fax: 206.682.2992
Email: kstephens@tousley.com
Email: jdennett@tousley.com
Email: kpowell@tousley.com

Benjamin F. Johns (*pro hac vice*)
Samantha E. Holbrook (*pro hac vice*)
Alex M. Kashurba (*pro hac vice*)

**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Phone: (610) 642-8500
Fax: 610.649.3633
Email: bfj@chimicles.com
Email: seh@chimicles.com
Email: amk@chimicles.com

*Attorneys for Plaintiffs*

JOINT STATUS REPORT
(No. 2:19-cv-01116-TSZ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000